1  McGREGOR W. SCOTT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2741
   Facsimile: (916) 554-2900
5

6  Attorneys for United States

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:18-CV-01114-JAM-EFB
12 |                     Petitioner,  | [~~PROPOSED~~] ORDER REGARDING SHOW CAUSE HEARING
13 |              v.
14 | JOHN G. SNIDER,
   |                     Respondent.
15

16

17     On July 18, 2018, all parties in the above referenced matter appeared before this Court for an

18 Order to Show Cause hearing. Respondent John G. Snider admitted that there is no reason the tax

19 summons should not be enforced. Mr. Snider also stated that he agreed to a compliance schedule with

20 the United States. Specifically, the parties agree that on or before August 10, 2018, Respondent will

21 provide IRS Revenue Agent Michael Nicholas the following documents:

22     1. Income Statements for 2013, 2014 and 2015;

23     2. Rental Income Statements for 2013, 2014, and 2015; and

24     3. Financial information including 2013-2015 bank statements, proof of income, income and

25 expense statements, and major expense statements including mortgage statements, vehicle loans and

26 personal loans.

27 /////

28 /////

1       Respondent Snider also agreed to file his 2013, 2014 and 2015 tax returns by August 24, 2018 and also hand deliver a copy of those returns to Revenue Officer Michael Nicholas at 4643 Quail Lakes Drive, Suite 102, Stockton, California on August 24.

      Respondent was cautioned that failure to comply with these deadlines and the Court's order would result in a further court hearing including, without limitation, possibly contempt proceedings.

      Based on the parties' agreement, and good cause existing,

      IT IS SO ORDERED.

Dated: July 25, 2018.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER REGARDING SHOW CAUSE HEARING    2